# EXHIBIT A



U.S. Department of Homeland Security
Traveler Redress Inquiry Program (DHS TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

February 14, 2018

Mr. Fahmi Ahmed Moharam
c/o Tarek Z. Ismail, Main Street Legal Services, Inc.
2 Court Square
Long Island City, NY 11101
United States

Redress Control Number: 2263437

Dear Mr. Moharam:

This letter concerns the redress inquiry that you submitted to the Department of Homeland Security Traveler Redress Inquiry Program (DHS TRIP) on October 29, 2017.

We have conducted a review of any applicable records in consultation with other federal agencies, as appropriate. It has been determined that you are on the U.S. Government's No Fly List because you have been identified as an individual who "may be a threat to civil aviation or national security." 49 U.S.C. § 114(h)(3)(A).

You may request additional information about your placement on the No Fly List and have the opportunity to respond to any information provided if you believe that the above determination is in error. Following these steps, you may also request an administrative review of your status on the No Fly List.

If you would like to request additional information about your placement on the No Fly List, you must contact us within 30 days of the date of this letter. During this initial 30-day period, and for good cause shown, you may request a 30-day extension. You may contact DHS TRIP via email at TRIP@dhs.gov or write to the address found in the letterhead.

If we do not receive your request for additional information or a request for an extension within 30 days of the date of this letter, the determination described above will become final. Should you choose not to continue with the redress process described above, you may seek judicial review of this determination within 60 days in an appropriate United States Court of Appeals pursuant to 49 U.S.C. § 46110. Please note that if you do continue with the redress process described above, you may still seek judicial review in the United States Court of Appeals at its conclusion.

If you have any further questions, you may contact DHS TRIP at the addresses given above.

Sincerely,

DHS Traveler Redress Inquiry Program