# EXHIBIT B

**CLEAR**

**C**REATING
**L**AW
**E**NFORCEMENT
**A**CCOUNTABILITY &
**R**ESPONSIBILITY

Main Street Legal Services, Inc.
CUNY School of Law
2 Court Square
Long Island City, NY 11101-4356
www.cunyclear.org

March 13, 2018

U.S. Department of Homeland Security
Travel Redress Inquiry Program (DHS TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901
TRIP@dhs.gov

VIA FIRST CLASS MAIL AND ELECTRONIC MAIL

**Re:**   Request for additional information for Fahmi Ahmed Moharam
(TRIP Redress Control Number: **2263437**)

To Whom It May Concern:

Our client, **Mr. Fahmi Ahmed Moharam** recently received  letter in response to a DHS
Travel Inquiry Form filed on October 29, 2017, indicating that he is on the United States
Government's No Fly List because he has been identified as an "individual who may be a threat
to civil aviation or national security." We believe this determination was made in error and
hereby request an administrative review of Mr. Moharam's status.

The "absence of any meaningful procedures" for Mr. Moharam to contest his placement on
the No–Fly List would violate his procedural due process rights. *Latif v. Holder,* 28 F. Supp. 3d
1134, 1161 (D. Or. 2014). As legal counsel for Mr. Moharam, and pursuant to the TRIP
procedures described in the February 14, 2018 letter, we hereby request all available information
about his placement on the No Fly List, including but not limited to: the specific criterion under
which Mr. Moharam has been placed on the No Fly List; the nominating agencies and any
information pertaining to Mr. Moharam's placement on the No Fly List; and the timeline and
process for Mr. Moharam's placement on the No Fly List. We expect, in accordance with TRIP
procedures, that DHS will provide an unclassified summary of the information that DHS has
relied on to support Mr. Moharam's status on the No Fly List.

Please note that DHS' letter, which is enclosed, was dated February 14, 2018, and that this
request is made within 30 days of receipt.

Thank you for your time and consideration in this matter. Please contact us if you have any
questions or require additional information.

Sincerely,

(t) 718.340.4558 / 718.340.4533
(f) 718.340.4478
(e) cunyclear@ law.cuny.edu



Jamshid Saloor, Law Student Intern
Princess Masilungan, Law Student Intern
Tarek Z. Ismail, Senior Staff Attorney
718.340.4141
tismail@law.cuny.edu

cc:     Timothy Weston
        Brian Itami

---

(t) 718.340.4558 / 718.340.4533
(f) 718.340.4455
(e) cunyclear@mail.law.cuny.edu

