# EXHIBIT C



U.S. Department of Homeland Security
Traveler Redress Inquiry Program (DHS TRIP)
601 South 12th Street, TSA-901
Arlington, VA 20598-6901

February 20, 2020

Mr. Fahmi Ahmed Moharam
1233 West Lake Street
Apt 702
Topeka, IN 46571
United States

Redress Control Number: 2263437

Dear Mr. Moharam:

This letter concerns the redress inquiry that you submitted to the Department of Homeland Security Traveler Redress Inquiry Program (DHS TRIP) on October 29, 2017.

Along with information you have provided in your application to DHS TRIP, we have conducted a review of any applicable records in consultation with other federal agencies, as appropriate. We have determined that you are on the U.S. Government's No Fly List because you have been identified as an individual who "may be a threat to civil aviation or national security." 49 U.S.C. § 114(h)(3)(A). In particular, we have determined that you are an individual who represents a threat of engaging in or conducting a violent act of terrorism and are operationally capable of doing so.

On March 13, 2018, you requested additional information about your placement on the No Fly List as well as the opportunity to respond to any information provided if you believe that the above determination is in error.

Below is an unclassified summary that includes reasons supporting your placement on the No Fly List. Consistent with DHS TRIP policy, we have provided this information, to the extent feasible, after considering the national security, law enforcement, and/or other interests at stake. We are unable to provide additional disclosures, beyond the summary below, regarding your placement on the No Fly List. Factors limiting disclosure in this context include national security concerns.

You are on the U.S. Government's No Fly list because the Government has concerns about your activities during frequent and extended travel to Yemen between 2011 and 2017. The

information you shared during your interview at the U.S. Consulate in Jeddah in November 2017 did not assuage the Government's concerns.

Additional reasons for and details regarding your placement on the U.S. Government's No Fly List cannot be provided to you due to national security concerns.

If you think that this determination is in error, or if you think that the information provided to you is inaccurate, we encourage you to respond and provide us with information you think is relevant. Such information should be submitted to DHS TRIP at the above address or via email to TRIP@dhs.gov within 60 days of the issuance of this letter. Information you submit will be considered before a final determination of your status on the No Fly List is made.

If we do not receive any additional information or a request for an extension within 60 days of the date of this letter, the determination described above will become a final order. Within 60 days of this determination becoming final, you may seek judicial review of this determination in an appropriate United States Court of Appeals pursuant to 49 U.S.C. § 46110. Please note, however, that if you do continue with the administrative redress process described above, you may still seek judicial review in the United States Court of Appeals at its conclusion.

If you have any further questions, you may contact DHS TRIP at the addresses given above.

Sincerely,

*Deborah O. Moore*

Deborah O. Moore
Director
DHS Traveler Redress Inquiry Program