## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHMI AHMED MOHARAM,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-cv-2607-JDB |

## JOINT MOTION TO STAY

Plaintiff Fahmi Ahmed Moharam and defendants the Federal Bureau of Investigation, the Terrorist Screening Center (TSC), Merrick Garland, Charles Kable, Department of Homeland Security (DHS), Alejandro Mayorkas, National Counterterrorism Center, Christine Abizaid, Transportation Security Administration, and David Pekoske (hereinafter "Defendants" and together with Mr. Moharam the "Parties"), through undersigned counsel, jointly move the Court to stay this action, including the Court's consideration of Defendants' motion to dismiss the complaint (ECF No. 20), until the earlier of June 27, 2022 or the actual decision date by Defendants whether to remove Mr. Moharam from the No Fly List, maintain Mr. Moharam on the No Fly List, or remand Mr. Moharam's case to the TSC with a request for additional information or clarification, as discussed in Defendants' reply in further support of their motion to dismiss. (ECF No. 23)

In light of Defendants' representation in their reply that they will reach a decision on Mr. Moharam's appeal by no later than June 27, 2022, the Parties agree that a brief three-month stay is appropriate at this time to preserve the Parties' and the Court's resources while Defendants

have Mr. Moharam's appeal under consideration.   There are no other deadlines currently pending in this case that would be affected by this motion.

The Parties further propose that one week following June 27, 2022 or the actual date of decision by Defendants (whichever occurs first), they file a joint status report with the Court describing the current status of Mr. Moharam's DHS Traveler Redress Inquiry Program appeal, including whether he remains on the No Fly List, and apprising the Court of the Parties' positions regarding the appropriate next steps in this case, as well as any additional information the Court may order the Parties to include therein.

Dated:        April 2, 2022              Respectfully submitted,


By:    */s/Robert S. Litt*_____
       Robert S. Litt (D.C. Bar No. 312470)
       MORRISON & FOERSTER LLP
       2100 L Street, NW
       Suite 900
       Washington, D.C. 20006
       Telephone: (202) 887-1588
       Email: rlitt@mofo.com

       Adam J. Hunt (pursuant to LCvR 83.2(g))
       Janie C. Buckley (pursuant to LCvR 83.2(g))
       MORRISON & FOERSTER LLP
       250 W. 55th St.
       New York, NY 10019
       Telephone: (212) 468-8000
       Email: adamhunt@mofo.com
              jbuckley@mofo.com

       -and-


       **CLEAR PROJECT**
        **MAIN STREET LEGAL SERVICES, INC.**

       */s/ Ramzi Kassem*_____
       Ramzi Kassem (pursuant to LCvR 83.2(g))
       Naz Ahmad (pursuant to LCvR 83.2(g))
       CUNY School of Law
       2 Court Square
       Long Island City, NY 11101
       T: (718) 340-4558
       F: (718) 340-4478
       Email: ramzi.kassem@law.cuny.edu
              naz.ahmad@law.cuny.edu

       *Counsel for Plaintiff Fahmi Ahmed Moharam*


       BRIAN M. BOYNTON
       Principal Deputy Assistant Attorney General

       ANTHONY J. COPPOLINO

Deputy Director, Federal Programs Branch

*/s/Amy E. Powell*
AMY E. POWELL
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email: amy.powell@usdoj.gov

*Counsel for Defendants*