## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| FAHMI AHMED MOHARAM,<br><br>*Plaintiff*,<br><br>v.<br><br>FEDERAL BUREAU OF<br>INVESTIGATION, *et al.*,<br><br>*Defendants*. | Civil Action No. 21-cv-2607-JDB |

## **JOINT STATUS REPORT**

Pursuant to the Minute Order dated April 12, 2022, Plaintiff Fahmi Ahmed Moharam and Defendants the Federal Bureau of Investigation, the Terrorist Screening Center (TSC), Merrick Garland, Charles Kable, Department of Homeland Security (DHS), Alejandro Mayorkas, National Counterterrorism Center, Christine Abizaid, Transportation Security Administration, and David Pekoske (hereinafter "Defendants" and together with Mr. Moharam the "Parties"), through undersigned counsel, hereby provide the following status update to the Court.

Upon consideration of a joint motion of the parties, on April 12, 2022, the Court stayed this action "until the date defendants decide whether to maintain plaintiff on the No Fly List or June 27, 2022, whichever date is earlier" and ordered the parties to file a status report "not later than one week after defendants' decision date or June 27, 2022" that would describe "the status of plaintiff's DHS Traveler Redress Inquiry Program appeal, including whether he remains on the No Fly List, and apprising the Court of the parties' positions regarding next steps in the case." On June 9, 2022, the TSA Administrator issued a decision with respect to Plaintiff's DHS TRIP inquiry, and determined that Mr. Moharam is properly included on the No Fly List. Government counsel provided a copy of that decision to Plaintiff's counsel on Monday, June 13, 2022.

Plaintiff is reviewing that decision, and counsel for the parties continue to confer about next steps.  Accordingly, the parties jointly request that they file another status report advising the Court of the parties' respective positions regarding next steps on or before July 7, 2022.

Dated:      June 16, 2022        Respectfully submitted,

By:   */s/Robert S. Litt*
      Robert S. Litt (D.C. Bar No. 312470)
      MORRISON & FOERSTER LLP
      2100 L Street, NW
      Suite 900
      Washington, D.C. 20006
      Telephone: (202) 887-1588
      Email:  rlitt@mofo.com

      Adam J. Hunt (pursuant to LCvR 83.2(g))
      Janie C. Buckley (pursuant to LCvR 83.2(g))
      MORRISON & FOERSTER LLP
      250 W. 55th St.
      New York, NY 10019
      Telephone: (212) 468-8000
      Email:  adamhunt@mofo.com
            jbuckley@mofo.com

      -and-

      **CLEAR PROJECT**
      **MAIN STREET LEGAL SERVICES, INC.**

      */s/ Ramzi Kassem*
      Ramzi Kassem (pursuant to LCvR 83.2(g))
      Naz Ahmad (pursuant to LCvR 83.2(g))
      CUNY School of Law
      2 Court Square
      Long Island City, NY 11101
      T: (718) 340-4558
      F: (718) 340-4478
      Email: ramzi.kassem@law.cuny.edu
            naz.ahmad@law.cuny.edu

      *Counsel for Plaintiff Fahmi Ahmed Moharam*

      BRIAN M. BOYNTON
      Principal Deputy Assistant Attorney General

      ANTHONY J. COPPOLINO

Deputy Director, Federal Programs Branch

/s/Amy E. Powell
AMY E. POWELL
Senior Trial Counsel
Federal Programs Branch
Civil Division, Department of Justice
c/o U.S. Attorney's Office
150 Fayetteville St., Suite 2100
Raleigh, NC 2760
Phone: 919-856-4013
Email:  amy.powell@usdoj.gov

*Counsel for Defendants*