UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FAHMI AHMED MOHARAM, *Plaintiff*, v. FEDERAL BUREAU OF INVESTIGATION, *et al.*, *Defendants*. | Civil Action No. 21-cv-2607-JDB |

## JOINT STATUS REPORT

Pursuant to the Minute Order dated June 16, 2022, Plaintiff Fahmi Ahmed Moharam and Defendants the Federal Bureau of Investigation, the Terrorist Screening Center (TSC), Merrick Garland, Charles Kable, Department of Homeland Security (DHS), Alejandro Mayorkas, National Counterterrorism Center, Christine Abizaid, Transportation Security Administration, and David Pekoske (hereinafter "Defendants" and together with Mr. Moharam the "Parties"), through undersigned counsel, hereby inform the Court of their positions regarding next steps in this case.

The Complaint raises claims related to Plaintiff's placement on the No Fly List. Upon consideration of a joint motion of the parties, on April 12, 2022, the Court stayed this action "until the date defendants decide whether to maintain plaintiff on the No Fly List or June 27, 2022, whichever date is earlier" and ordered the parties to file a status report "not later than one week after defendants' decision date or June 27, 2022" that would describe "the status of plaintiff's DHS Traveler Redress Inquiry Program appeal, including whether he remains on the No Fly List, and apprising the Court of the parties' positions regarding next steps in the case." On June 9, 2022, the TSA Administrator issued a decision with respect to Plaintiff's DHS TRIP

1

inquiry, and determined that Mr. Moharam is properly included on the No Fly List. Government counsel provided a copy of that decision to Plaintiff's counsel on Monday, June 13, 2022.

Counsel for the Parties have now reviewed that decision and conferred. In light of the final decision of the TSA Administrator, Plaintiff now intends to file a petition for review of the decision in the Court of Appeals for the D.C. Circuit. Defendants previously argued that some or all of Plaintiffs' claims belonged in the Court of Appeals under 49 U.S.C. § 46110. *See* ECF No. 20-1, at 13-16. The Parties therefore jointly propose that district court proceedings be stayed pending resolution of the anticipated petition for review.

A district court has "broad discretion" in determining whether to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936). The court must, in an "exercise of judgment," "weigh competing interests and maintain an even balance." *Id*. at 254-55. Here, the Parties agree that a petition for review could resolve some or all of Plaintiff's claims presented in this action, or at least clarify the scope of the claims necessary to resolve here. Staying this action pending resolution of the anticipated petition for review will avoid needless duplicative litigation and the possibility of conflicting outcomes from the district court and the Court of Appeals. The Parties therefore jointly request a stay of all proceedings in this matter. The parties further propose to jointly file a notice with this Court within two weeks of when a petition for review is filed, and to jointly file another notice within two weeks of when the petition for review is finally resolved.

Dated:	July 7, 2022	Respectfully submitted,

                By:   */s/Robert S. Litt*
                      Robert S. Litt (D.C. Bar No. 312470)
                      MORRISON & FOERSTER LLP
                      2100 L Street, NW
                      Suite 900
                      Washington, D.C. 20006
                      Telephone: (202) 887-1588
                      Email:  rlitt@mofo.com

                      Adam J. Hunt (pursuant to LCvR 83.2(g))
                      Janie C. Buckley (pursuant to LCvR 83.2(g))
                      MORRISON & FOERSTER LLP
                      250 W. 55th St.
                      New York, NY 10019
                      Telephone: (212) 468-8000
                      Email:  adamhunt@mofo.com
                                jbuckley@mofo.com

                      -and-

                      **CLEAR PROJECT**
                       **MAIN STREET LEGAL SERVICES, INC.**

                      */s/ Naz Ahmad*
                      Naz Ahmad (pursuant to LCvR 83.2(g))
                      CUNY School of Law
                      2 Court Square
                      Long Island City, NY 11101
                      T: (718) 340-4558
                      F: (718) 340-4478
                      Email: naz.ahmad@law.cuny.edu

                      *Counsel for Plaintiff Fahmi Ahmed Moharam*


                      BRIAN M. BOYNTON
                      Principal Deputy Assistant Attorney General

                      ANTHONY J. COPPOLINO

        Deputy Director, Federal Programs Branch

        */s/Amy E. Powell*
        AMY E. POWELL
        Senior Trial Counsel
        Federal Programs Branch
        Civil Division, Department of Justice
        c/o U.S. Attorney's Office
        150 Fayetteville St., Suite 2100
        Raleigh, NC 2760
        Phone: 919-856-4013
        Email:  amy.powell@usdoj.gov

        *Counsel for Defendants*